E-FILED
Monday, 01 March, 2010  03:32:53 PM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

**Christopher Knox**

     vs.                                                                                  Case Number:    **08-1081**

**Garlik, et al.**

## ORDER

     Pursuant to the **3/1/2010** mandate, in appellate case number **08-2290**, from the United States Court of Appeals, Seventh Circuit **[32]**, the agency having custody of the plaintiff, **Christopher Knox,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 1st day of March, 2010

                                                        ___s/Harold A. Baker_____
                                                          HAROLD A. BAKER
                                                          U.S. District Judge