E-FILED
Monday, 01 March, 2010  03:35:56 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**Christopher Knox**

    vs.   Case Number:   **08-1081**

**Garlik, et al.**

### ORDER

    Pursuant to the **3/1/2010** mandate, in appellate case number **08-4202**, from the United States Court of Appeals, Seventh Circuit **[34]**, the agency having custody of the plaintiff, **Christopher Knox,** is directed to remit the appellate docketing fee of $455 from his  prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 1st day of March, 2010

                             ___s/Harold A. Baker_____
                             HAROLD A. BAKER
                             U.S. District Judge